# PAUL J. DOWNEY

## BAR ADMISSIONS & PROFESSIONAL ASSOCIATIONS

**SUPREME COURT OF THE UNITED STATES**

**FIFTH CIRCUIT COURT OF APPEALS**

**UNITED STATES DISTRICT COURT, NORTHERN, EASTERN, SOUTHERN DISTRICTS OF TEXAS, WESTERN, MIDDLE, EASTERN DISTRICTS OF PENNSYLVANIA**

**STATE BAR OF TEXAS,** Admitted to practice law in Texas, Bar #24080659
- State Bar of Texas, *Tax Section*; Dallas Bar Association, *Tax Section*; Dallas Association of Young Lawyers, Collin County Young Lawyers Association, *Treasurer*

**STATE BAR OF PENNSYLVANIA,** Admitted to practice law in Pennsylvania, Bar #319714

**STATE BAR OF CALIFORNIA,** Bar Exam Passed, pending character and fitness approval

**TEXAS BOARD OF LEGAL SPECIALIZATION,** Board Certified – Civil Appellate Law, December 31, 2020

## EXPERIENCE

**THE CLINESMITH FIRM/SMITH CLINESMITH, LLP,** Dallas, TX
*Senior Associate Attorney*                                                                                              February 2017—Present
- Handled all appellate matters for the firm, including briefing and oral arguments before the Texas Supreme Court in Cause No. 18-0350, *Luciano v. Sprayfoampolymers, LLC.com,* and briefing in Cause No. 20-0694, *In Re LCS, SP LLC.*
- Supervised workflows from four associate attorneys and three paralegals.
- Handled complex medical malpractice and toxic tort matters
- Extensive nationwide litigation and trial experience, as both first and second chair
- Best of the Bar in 2019 - Top 100 verdict in the State of Texas

**MOSSER LAW PLLC,** Dallas, TX
*Associate Attorney*                                                                                                          July 2014–February 2017
- Maintained and also defended actions in State and Federal courts arising out of personal injury claims, property disputes, complex corporate litigation, class action litigation, and civil rights actions.
- Support complex corporate transactions involving mergers and acquisitions, real estate acquisitions, and transfers of intellectual property
- Assist clients with tax planning and tax controversy matters before the IRS and United States Tax Court

## PUBLICATIONS
- Co-Author, *Chapter 22 Resolving Identity Theft in Tax Administration*, in EFFECTIVELY REPRESENTING YOUR CLIENT BEFORE THE IRS (Keith Fogg et al., 6th ed. 2015)

## NOTABLE DECISIONS
- *Luciano v. Sprayfoampolymers, LLC.com,* Cause No. 18-0350, 2021 WL 2603840 (Tex. June 25, 2021)
- *Schuster v. Percheron Healthcare, Inc.,* 493 F.Supp.3d 533 (N.D.Tex. 2021)
- *In Re Smith,* Cause No. 05-20-00497-CV, 2020 WL 4669805 (Tex.App.—Dallas, August 12, 2020)
- *Avalon Residential Care Homes, Inc., v. Jones,* Cause No. 05-17-01321-CV, 2018 WL 2926381 (Tex.App.—Dallas, June 7, 2018)

## EDUCATION

**MASTER OF LAWS (LL.M.), TAXATION**
*SMU Dedman School of Law*, Dallas, TX, May 2014
- Relevant Coursework: Oil and Gas Taxation, Corporate Taxation, Partnership Taxation, Taxation of Deferred Compensation, Tax Accounting, Tax Practice and Procedure, Federal Tax Procedure

**JURIS DOCTOR**
*St. Mary's University of San Antonio, TX, May 2013*

- Phi Delta Phi Legal Honors Fraternity, *Member;* Student Bar Association; *3rd Year Senator,* San Antonio Young Lawyers Association, *Representative;* San Antonio Bar Association (SABA) Community Justice Program (CJP), *Volunteer*

**MASTER OF BUSINESS ADMINISTRATION**
*St. Mary's University of San Antonio, TX, May 2013*

**BACHELOR OF SCIENCE, BIOLOGY**
*Southern Methodist University*, *Dallas, TX May 2008*